

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2025

No. 04-25-00363-CV

**CHAMPION AC, LLC** D/B/A Mr. Plumbers,
Appellant

v.

**SAGRAY ENTERPRISES, INC.**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-00896
Honorable Elizabeth Martinez, Judge Presiding

**ORDER**

Sitting:    Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 17, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court